IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>DANIEL S. ROUCH,<br><br>             Defendant. | **8:20CB2**<br><br>**ORDER** |

This matter is before the court on Government's Motion to Dismiss and Vacate Warrant (Filing No. 34). Government's Motion to Dismiss and Vacate Warrant (Filing No. 34) is granted. This case which involves, Violation Notice 9183249-NE14, is dismissed. The warrant is canceled.

Dated this 14th day of April, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge